UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-CV-1216<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF DECLARATION OF SERVICE OF PROCESS

Please take notice that plaintiff is filing herewith the declaration of Jenna Carter attesting to the service of the summons and Complaint in this case upon the United States Attorney for the District of Columbia, Kenneth Weinstein.

                                                                                    Respectfully submitted,

                                                                                     */s/ Cheryl Polydor*
                                                                                     Cheryl Polydor
                                                                                     D.C. Bar # 454066
                                                                                     JOHN BERRY, P.L.L.C.
                                                                                     1990 M Street, N.W.
                                                                                      Washington, DC 20036
                                                                                      (202) 955-1100

                                                                                       Counsel for Plaintiff

September 29, 2006