UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN TOLBERT-SMITH<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>    Plaintiff,<br>v.<br><br>SAMUEL BODMAN,<br>  Secretary<br>U.S. Department of Energy | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06cv1216 (RWR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843