January 11, 2006

## NOTICE OF FINAL INTERVIEW WITH EEO COUNSELOR
## and
## RIGHT TO FILE A FORMAL COMPLAINT OF DISCRIMINATION

<u>CERTIFIED</u>

Marilyn Tolbert-Smith
12529 Covenant Way
Hagerstown, MD  21742

                Date Issues Were First Raised:   August 31, 2005
                Date of Final Counseling Interview:  January 11, 2006

Dear Ms. Tolbert Smith:

This is to inform you that, on the above-referenced date, the final counseling interview was held in our effort to informally settle the allegations of discrimination which you presented to me as an EEO Counselor.

If you believe that you have been discriminated against on the basis of race, color, religion, sex, national origin, age, physical or mental disability, or reprisal, and you wish to pursue this matter further, you now have a right to file a formal complaint of discrimination, pursuant to EEOC Regulation 29 C.F.R. Section 1614.106. If you desire to exercise your right to file a formal complaint, you must do so WITHIN 15 CALENDAR DAYS AFTER RECEIPT OF THIS NOTICE.

Your complaint must be in writing, and should be filed in person or by mail with:

    Office of Civil Rights and Diversity
    Forrestal Building, Room 5B-168
    1000 Independence Avenue, SW
    Washington, DC 20585

Please submit your complaint on the enclosed form, DOE-F1600.1, "Complaint of Discrimination."

In order for a formal complaint of discrimination to be accepted and properly investigated, the allegations presented must be expressed as clearly as possible. Moreover, only allegations which were discussed in a timely manner with an EEO Counselor, or which are like or related to a matter that has been brought to the attention of a Counselor, will be accepted for investigation.

If you decide to file a formal complaint of discrimination, and you retain the services of an attorney or any other representative, you must immediately notify the Director, Office of Civil Rights and Diversity, in writing, of the name and address of your representative.


EXHIBIT 1

If I can be of further assistance in this matter, please call me at 703-938-9500.

Soincerely,

Gerald P. Tognetti
EEO Counselor