

# Department of Energy
Washington, DC 20585

August 16, 2006

MEMORANDUM FOR  MS. CHRISTINE SHAFIK
IG-43

FROM:  MICHAEL W. OWEN
DIRECTOR, OFFICE OF LEGACY MANAGEMENT

SUBJECT:  Office of Legacy Management Response: File No.I06RS061

---

This is in response to your memorandum dated July 19, 2006, regarding three concerns (File N.I06RS061) associated with the Office of Legacy Management (LM). The subject memorandum reported that the Office of Inspector General had received information that raised three allegations regarding activities within LM: the planned construction of a records storage center; oversight of administrative and business functions; and, posting of sensitive medical information on a computer network. Our response to those allegations is provided in Attachment A.

Attachment


Printed with soy ink on recycled paper


EXHIBIT 5

## Attachment A

1. **Construction of New Records Storage Center**

### 3. Posting of Sensitive Medical Information on a Computer Network that is accessible to both Department of Energy employees and Contractors

LM management acknowledges the factual accuracy of this third allegation and has taken steps to prevent this error from reoccurring.

LM's procedure for official correspondence is to place letters, memoranda, and other formal correspondence on an internal shared drive that is accessible by LM staff. Unfortunately, in the past six months several documents containing personnel sensitive information had been placed on this internal shared drive. One of our employees identified a document, specific to her self, containing a response to her physician's formal recommendation for accommodations. While the document did not include specific medical information or Personally Identifiable Information (NIST SP 800-53), LM agrees it was of a personnel sensitive nature and should not have been posted on a shared drive. Once LM management was made aware of this error we directed that the document be removed (it was removed within 24 hours) and we conducted a search for other documents that might be considered personnel sensitive. During this search we found a total of seven documents affecting three separate employees; there are over 50 separate folders and 23,000 documents posted on this shared drive.

Our review of this incident determined that the posting by the correspondence control specialist was not done intentionally to harm the employee by exposing personnel sensitive information nor was he even aware of the specific contents of the document. To ensure that this does not occur again, LM management provided direction to the correspondence control staff regarding identification and alternate distribution and retention procedures for personnel sensitive material.

LM is working collaboratively with the OCIO to continuously evaluate and update our information technology security controls to provide operational and technical safeguards, and countermeasures prescribed for a computer system that, taken together, adequately protect the confidentiality, integrity and availability of a system and its information. This is an ongoing process to ensure the cyber security posture of LM and DOE are effective and technologically sufficient. LM's internal correspondence controls procedures have been updated to include an independent review designed to identify PII. That procedure is designed to prevent the unauthorized disclosure of PII information.

LM management strongly disagrees with the statements made regarding the alleged words and actions of one of our supervisors. However, as an informal EEO complaint has been filed and a complaint filed in Federal District Court for the District of Columbia, LM is unable to discuss this specific accusation in further detail.

4