UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN TOLBERT-SMITH     ) | |
|                                   ) | |
|         Plaintiff,     ) | |
| v.     ) | Civil Action No. 06cv1216 (RWR) |
|                                   ) | |
| SAMUEL BODMAN,     ) | |
|  Secretary     ) | |
| U.S. Department of Energy     ) | |
|                                   ) | |
|        Defendant.     ) | |

**DEFENDANT'S CONSENT PROTECTIVE MOTION FOR
ENLARGEMENT OF TIME TO FILE REPLY/OPPOSITION**

Defendant, Samuel Bodman, Secretary of the United States Department of Energy, respectfully requests that this Court enlarge the time, up to and including November 27, 2006, for Defendant to file its Opposition to Plaintiff's Motion to Strike as Untimely Filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment ("Plaintiff's Motion to Strike") and Plaintiff's Motion for Leave to File Amended Complaint ("Plaintiff's Motion to Amend"). In support of this Motion, Defendant respectfully states as follows:

      1.     Plaintiff filed the present action on Wednesday, July 5, 2006.

      2.     The Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment on October 6, 2006. See Dkt. Nos. 6 and 7.

      3.     On October 25, 2006, Plaintiff filed a Motion to Strike, which included an alternative opposition to the Defendant's Motion. Dkt. No. 8. Accordingly, Defendant's Opposition to Plaintiff's Motion is due November 8, 2006.

4. Defendant has requested that Plaintiff withdraw her Motion to Strike, and has provided factual and legal information demonstrating that Defendant's Motion was timely and was, in fact, filed 4 days prior to its due date. Accordingly, if Plaintiff agrees to withdraw her motion, Defendant need not respond to the charges raised therein, but rather will need to limit his response solely to the Opposition to the Motion to Dismiss. Counsel for Defendant has been informed that Plaintiff's counsel may not have received Defendant's request due to an intervening personal matter, and therefore additional time is necessary for Plaintiff to respond to the request and for Defendant to prepare a reply.

5. Plaintiff further filed a Motion to Amend her Complaint on October 25, 2006. Dkt. No. 10. In her motion, Plaintiff seeks to add two additional claims of discrimination and retaliation stemming from two subsequent EEO complaints. Id. Defendant's Opposition to the Motion to Amend is currently due November 8, 2006.

6. Defendant is currently investigating the two additional claims raised by Plaintiff in her Proposed Amended Complaint, and needs additional time to collect the administrative record and prepare a response to the Motion to Amend.

7. Pursuant to Local Civil Rule 7(m), counsel for the Defendant contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff stated that Plaintiff consents to the requested enlargement

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to Plaintiff's Motion to Strike (and opposition contained therein), and Motion to Amended up to, and including, November 27, 2006.

    Respectfully submitted,


    /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


    /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN,** | ) |
| Secretary | ) |
| **U.S. Department of Energy** | ) |
| _____ | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Protective Motion For Enlargement of Time, it is this _____ day of November, 2006, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendant shall respond to Plaintiff's Motion to Strike as Untimely Filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (and Plaintiff's Opposition to Defendant's Motion contained therein) and Plaintiff's Motion to Amend the Complaint by November 27, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE