UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

## PLAINTIFF'S MOTION REQUESTING LEAVE OF THE COURT TO WITHDRAW HER MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, by counsel, and respectfully requests leave to withdraw her Motion to Strike Defendant's Motion to Dismiss. Plaintiff's Motion to Strike was filed with this Court on October 25, 2006 (copy attached). This request is made pursuant to Fed. R. Civ. P. 7, and for the reasons set forth in the attached Memorandum of Points and Authorities. A proposed Order accompanies Plaintiff's Motion.

                                                    Respectfully Submitted,

                                                    _/s/_____
                                                    Cheryl Polydor, Esq.
                                                    D.C. Bar # 454066
                                                    The Law Firm of John Berry, PLLC
                                                      1990 M Street, NW, Suite 610
                                                      Washington, DC 20036
                                                      Tel. (202) 955-1100
                                                      Fax (202) 955-1101

Dated: November 22, 2006                    *Attorney for Plaintiff Marilyn Tolbert-Smith*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Marilyn Tolbert-Smith,**<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>Plaintiff,<br><br>v.<br><br>**Samuel Bodman,**<br>**Secretary**<br>**U.S. Department of Energy**<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Reynolds |

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW HER MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS

Plaintiff Marilyn Tolbert-Smith, through counsel, hereby files this memorandum in support of her Motion for Leave to Withdraw Her Motion to Strike As Untimely Filed Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, pursuant to Fed. R. Civ. P. 7. Plaintiff filed her Motion to Strike via the Court's electronic filing system on October 25, 2006.

Plaintiff's counsel moved to strike Defendant's Motion to Dismiss based on review of the Court's Docket Sheet in this case, which states that Defendant's Answer (or other responsive pleading) was due to be filed on or before October 3, 2006. Defendant filed its Motion to Dismiss on October 6, 2006. Thus, Plaintiff's counsel concluded that Defendant had untimely filed its response to her Complaint, and filed her Motion to Strike.

However, Defendant's counsel contacted Plaintiff's counsel in writing and by telephone on November 3, 2006, to inform her that the Docket Sheet in fact incorrectly stated the deadline for Defendant's response. Defendant explained that the actual deadline for its response was in fact October 10, 2006, and that accordingly, its response to Plaintiff's Complaint was filed four days early.

Plaintiff's counsel has determined not to challenge Defendant's assertion of timeliness, and instead, to seek this Court's permission to withdraw her Motion to Strike. By so doing, Plaintiff fully withdraws all arguments previously made in this proceeding regarding the alleged untimely filing of Defendant's response to her Complaint.

.

Respectfully Submitted,


/s/_____

Cheryl Polydor, Esq.
DC Bar Id #: 454066
John Berry, PLLC
1990 M Street, NW
Suite 610
Washington, DC 20036
Phone: (202) 955-1100
Fax: (202) 955-1101
<u>Attorney for Plaintiff Marilyn Tolbert-Smith</u>


Dated: November 22, 2006