UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

**ORDER**

Upon consideration of Plaintiff's Motion Requesting Leave to Withdraw her Motion to Strike as Untimely Filed Defendant's Motion to Dismiss, it is hereby

ORDERED that the Motion is granted, and Plaintiff's Motion to Strike is deemed to have been withdrawn on the date below.

 

_____
The Honorable Richard W. Reynolds
United States District Court Judge

Date: _____