UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN TOLBERT-SMITH | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| SAMUEL BODMAN, | ) |
| Secretary | ) |
| U.S. Department of Energy | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendant, Samuel Bodman, Secretary of the United States Department of Energy, respectfully notifies the Court, through counsel, that he does not oppose Plaintiff's Motion to Amend the Complaint, subject to the matters set forth in the presently-pending Motion to Dismiss or, in the Alternative, for Summary Judgment.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843