UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** )<br>)<br>  **Plaintiff,** )<br>  v.                  )  Civil Action No. 06cv1216 (RWR)<br>)<br>**SAMUEL BODMAN,** )<br>  Secretary )<br>**U.S. Department of Energy** )<br>)<br>  **Defendant.** )<br>_____ ) | |

### DEFENDANT'S SECOND PROTECTIVE MOTION FOR
### ENLARGEMENT OF TIME TO FILE REPLY

Defendant, Samuel Bodman, Secretary of the United States Department of Energy, respectfully requests that this Court enlarge the time, up to and including December 11, 2006, for Defendant to file his response to Plaintiff's Opposition contained within her Motion to Strike as Untimely Filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment ("Plaintiff's Motion to Strike").  In support of this Motion, Defendant respectfully states as follows:

1. Plaintiff filed the present action on Wednesday, July 5, 2006.

2. The Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment on October 6, 2006.  See Dkt. Nos. 6 and 7.

3. On October 25, 2006, Plaintiff filed a Motion to Strike, which included an alternative opposition to the Defendant's Motion.  Dkt. No. 8.

4. In response to Plaintiff's Motion, Defendant contacted counsel for Plaintiff and

formally requested that Plaintiff withdraw her Motion to Strike, and provided Plaintiff with factual and legal information demonstrating that Defendant's Motion was timely and was, in fact, filed 4 days prior to its due date. Defendant then moved for additional time to file his Opposition to Plaintiff's Motion to Strike and his Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, up to and including November 27, 2006, in order to give Plaintiff time to withdraw her Motion to Strike.[1]

5. In response to Defendant's formal request, Plaintiff verbally agreed, through counsel, to withdraw her Motion to Strike. However, Plaintiff did not withdraw her Motion to Strike until late in the day on November 22, 2006.

6. Accordingly, due to Plaintiff's late withdrawal of her Motion to Strike and due to the intervening holiday and weekend, Defendant needs additional time to prepare and file responses to Plaintiff's pleadings.

7. Pursuant to Local Civil Rule 7(m), counsel for the Defendant attempted to contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff was not available, and counsel for Defendant left a voicemail message. At the time of filing this motion, counsel for Plaintiff did not return the message.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to the Opposition contain within Plaintiff's Motion to Strike up to, and including, December 11, 2006.

---

[1] In addition to the Motion to Strike, Plaintiff filed a Motion to Amend the Complaint. Dkt. No. 10. In her motion, Plaintiff seeks to add two additional claims of discrimination and retaliation stemming from two subsequent EEO complaints. Id. Defendant's response to Plaintiff's Motion to Amend is also due November 27, 2006, however, Defendant does not oppose the amendment.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
|     **Plaintiff,** | ) |
|     v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN,** | ) |
|   Secretary | ) |
| **U.S. Department of Energy** | ) |
| _____ | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Protective Motion For Enlargement of Time, and any opposition thereto, it is this _____ day of

_____, 2006, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendant shall respond to Plaintiff's Motion to Strike as Untimely Filed Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment (and Plaintiff's Opposition to Defendant's Motion contained therein) by December 11, 2006.

 

                                                                        _____
                                                                        RICHARD W. ROBERTS
                                                                        UNITED STATES DISTRICT JUDGE