UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>　　　　Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

### PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, by counsel, and respectfully requests that the Court grant her leave to file the attached Surreply, in response to Defendant's Reply to her opposition to Defendant's Motion to Dismiss, or in the Alternative, Summary Judgment. Plaintiff makes this request in order to respond to new matters presented for the first time in Defendant's Reply. A Memorandum of Points and Authorities and proposed Order accompanies Plaintiff's Motion.

Respectfully Submitted,
/s/_____
Cheryl Polydor, Esq.
D.C. Bar # 454066
The Law Firm of John Berry, PLLC
1990 M Street, NW, Suite 610
Washington, DC 20036
Tel.(202) 955-1100   Fax (202) 955-1101
*Attorney for Marilyn Tolbert-Smith*

Dated: December 18, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith, )<br>12529 Covenant Way )<br>Hagerstown, MD 21742 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Samuel Bodman, )<br>Secretary )<br>U.S. Department of Energy )<br>1000 Independence Avenue, S.W. )<br>Washington, D.C., 20585 )<br>)<br>Defendant. ) | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SURREPLY

Plaintiff Marilyn Tolbert-Smith, by counsel, hereby submits this memorandum in support of her Motion for Leave to file the attached Surreply, in opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

Plaintiff recognizes that the decision whether to grant leave to file a surreply is a matter committed to the Court's discretion. At the same time, the applicable standard clearly is met in this case, as Plaintiff addresses in her Surreply only new arguments Defendant raises for the first time in his Reply. Moreover, Defendant's new arguments are based largely on erroneous statements of fact that Plaintiff believes she should be given the opportunity to address in the interest of fundamental fairness.

Both the Federal Rules of Civil Procedure and the Court's Local Rules are silent on the question of a surreply. Nonetheless, it is well established that the court may exercise its discretion in this matter, and grant leave to file a surreply "when the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *See Lewis v. Rumsfeld,* 154 F. Supp.2d 56, 61 (D.D.C. 2001). In accordance with this standard, Plaintiff has limited her Surreply to new assertions made by Defendant in his Reply.

In compliance with Local Rule 7(m), Plaintiff's counsel contacted attorney for the Defendant regarding her preparation of this Motion, and Defendant's counsel informed her on December 15, 2006 that he would not consent.

                                          Respectfully Submitted,
                                          /s/_____
                                          Cheryl Polydor, Esq.
                                          D.C. Bar # 454066
                                          The Law Firm of John Berry, PLLC
                                          1990 M Street, NW, Suite 610
                                          Washington, DC 20036
                                          Tel.(202) 955-1100   Fax (202) 955-1101
                                          *Attorney for Marilyn Tolbert-Smith*

Dated: December 18, 2006