UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith, )<br>12529 Covenant Way )<br>Hagerstown, MD 21742 )<br>        )<br>    Plaintiff,    )<br>        )<br>  v.    )<br>(RWR)    )<br>        )<br>Samuel Bodman, )<br>Secretary )<br>U.S. Department of Energy )<br>1000 Independence Avenue, S.W. )<br>Washington, D.C., 20585 )<br>        )<br>    Defendant.    )<br>        ) | Civil Action No. 06cv1216<br><br>Judge Robert W. Reynolds |

## ORDER

In consideration of Plaintiff's Motion Requesting Leave to File Surreply in response to Defendant's Reply to her opposition to Defendant's Motion to Dismiss Or In The Alternative, For Summary Judgment, the Court hereby

ORDERS that the Motion is granted, and Plaintiff's Surreply is deemed to have been served on Defendant on the date below.

_____
The Honorable Richard W. Reynolds
United States District Court Judge

Date: _____