UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>     Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06cv1216 (RWR)<br>)   Judge Richard W. Roberts<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION REQUESTING LEAVE TO FILE RESPONSE TO DEFENDANT'S NOTICE OF NEW AUTHORITY

COMES NOW Plaintiff, by counsel, and respectfully requests that the Court grant her leave to file the attached response to Defendant's Notice of Recent Authority. Plaintiff submits this request in the event that the Court may find it appropriate and helpful to hear from her on this point, given the inapplicability of the cited authority to the present action. A Memorandum of Points and Authorities and proposed Order accompany Plaintiff's Motion.

                                        Respectfully Submitted,
                                        /s/_____
                                        Cheryl Polydor, Esq.
                                        D.C. Bar # 454066
                                        The Law Firm of John Berry, PLLC
                                        1990 M Street, NW, Suite 610
                                        Washington, DC 20036
                                        Tel.(202) 955-1100   Fax (202) 955-1101
                                        *Attorney for Marilyn Tolbert-Smith*

Dated: December 22, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'NOTICE OF RECENT AUTHORITY

Plaintiff Marilyn Tolbert-Smith, by counsel, hereby submits this memorandum in support of her Motion for Leave to file the attached response to Defendant's Notice of Recent Authority.

In compliance with Local Rule 7(m), Plaintiff's counsel contacted attorney for the Defendant regarding her preparation of this Motion, and Defendant's counsel informed her on December 21, 2006 that he would not oppose it.

Plaintiff respectfully requests the opportunity to demonstrate the lack of support, or even relevance, to this case of the authority cited by Defendant in his Notice; that is, Colbert v. Potter, 2006 WL 3687233 (D.C. Circuit December 15, 2006). Plaintiff does so in the interest of fundamental fairness, and with the belief that the Court may find it helpful to hear from her on this point.

2

          Respectfully Submitted,
          _/s/_____
          Cheryl Polydor, Esq.
          D.C. Bar # 454066
          The Law Firm of John Berry, PLLC
          1990 M Street, NW, Suite 610
          Washington, DC 20036
          Tel.(202) 955-1100   Fax (202) 955-1101
          *Attorney for Marilyn Tolbert-Smith*

Dated: December 22, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith, ) <br> 12529 Covenant Way ) <br> Hagerstown, MD 21742 ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> Samuel Bodman, ) <br> Secretary ) <br> U.S. Department of Energy ) <br> 1000 Independence Avenue, S.W. ) <br> Washington, D.C., 20585 ) <br>  ) <br> Defendant. ) <br> _____) | Civil Action No. 06cv1216 (RWR) <br> Judge Richard W. Roberts |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF RECENT AUTHORITY

Defendant, through counsel, errs in presenting notice to this Court that Colbert v. Potter, 2006 WL 3687233 (D.C. Cir. December 15, 2006), supports his Motion to Dismiss Plaintiff's Complaint. Unlike appellant's counsel in Colbert, Plaintiff in this case has provided independent documentary evidence showing that her Complaint was time-stamped and submitted to the Court prior to June 4, 2006, and thus was timely filed.

The issue in Colbert involved the "date when appellant received notice of the Final Decision denying her administrative claims," and ultimately which evidence the court should accept in determining the filing deadline for the appellant's civil suit. Colbert, 2006 WL 3687233 at 1. Appellant's counsel in Colbert argued that the official postmark of the U.S. Postal Service was incorrect. Id. The sole support she provided to counter the official postmark was a date stamp she used in her own office to stamp incoming mail. Id. at 4.

4

Given the obvious possibility of self-serving manipulation, it is not surprising that the Court determined that, "[I]n the absence of any affidavit *or other evidence that would contravene the return receipt postmark*, the court deems Colbert's counsel to have received the Final Agency Decision on March 18, 2004, making this action untimely." (Emphasis supplied.) Id. at 5.

In the present case, Plaintiff submitted, as evidence of her timely filing, a time-stamped copy of the Complaint obtained at the after-hours filing box maintained by the Court, and a Summons issued by the Clerk of the Court. See Complaint, Exhibit 3. Defendant's attempt to equate these official court stamps with the Colbert attorney's own office stamp is absurd.

Plaintiff has provided in this case the "other evidence that would contravene" the allegedly late filing of her Complaint. She clearly has raised a genuine issue of material fact sufficient to avoid summary judgment in favor of Defendant. Accordingly, the Court should decline to consider the Defendant's "Notice of Recent Authority," and permit Ms. Tolbert-Smith to pursue her employment discrimination claims before this Court, without further delay.

                                                Respectfully Submitted,

                                                _____/s/_____

                                                Cheryl Polydor, Esq.
                                                DC Bar Id #: 454066
                                                John Berry, PLLC
                                                1990 M Street, NW, Suite 610
                                                Washington, DC 20036
                                                Phone: (202) 955-1100
                                                Fax:   (202) 955-1101
                                                Attorney for Plaintiff Marilyn Tolbert-Smith

Dated: December 22, 2006