UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>  Plaintiff,<br><br>  v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>  Defendant. | Civil Action No. 06cv1216<br>Judge Richard W. Roberts |

## ORDER

In consideration of Plaintiff's Motion Requesting Leave to File Response to Defendant's "Notice of Recent Authority In Support of Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, Or in the Alternative, For Summary Judgment," the Court hereby

ORDERS that the Motion is granted, and Plaintiff's Response is deemed to have been served on Defendant on the date below.

_____
The Honorable Richard W. Roberts
United States District Judge

Date: _____