UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06cv1216 (RWR) |
| ) | |
| **SAMUEL BODMAN,** ) | |
| Secretary ) | |
| **U.S. Department of Energy** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE ANSWER/RESPONSE TO AMENDED COMPLAINT**

Defendant, Samuel Bodman, Secretary of the United States Department of Energy, respectfully requests that this Court enlarge the time and additional three weeks, up to and including January 29, 2007, for Defendant to file his Answer/Response to Plaintiff's Amended Complaint. In support of this Motion, Defendant respectfully states as follows:

1. Plaintiff filed the present action on Wednesday, July 5, 2006.

2. The Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment on October 6, 2006. See Dkt. Nos. 6 and 7. In his Motion, Defendant asserted (1) that Plaintiff failed to timely file a formal administrative complaint; (2) that Plaintiff failed to timely file her civil action after the agency dismissed her claim as untimely; and (3) that Plaintiff could not demonstrate a protected disclosure, nor an intentional or willful violation of the Privacy Act.

3. On October 25, 2006 – 5 days after Plaintiff's response was due – Plaintiff filed a Motion to Strike, which included an alternative opposition to the Defendant's Motion. Dkt. No.

8.[1/]

    4.    Concurrently with her untimely Motion to Strike and opposition, Plaintiff filed a Motion to Amend the Complaint. Dkt. No. 10. In her motion, Plaintiff seeks to add two additional claims of discrimination and retaliation stemming from two subsequent EEO complaints. Id. After Defendant informed the Court that he did not oppose Plaintiff's Motion to Amend the Complaint, this Court granted the Motion to Amend. Minute Order, December 21, 2006. Plaintiff's Amended Complaint was filed that same day. Dkt. No. 20.

    5.    Defendant's Answer/Response to Plaintiff's Amended Complaint is currently due on January 8, 2007. Fed. R. Civ. P. 6(a) and 15(a).

    6.    Due to the holiday season and the unavailability of agency personnel, Defendant needs additional time to prepare a response to the Amended Complaint.

    7.    Pursuant to Local Civil Rule 7(m), counsel for the Defendant contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff stated that Plaintiff consents to the requested enlargement.

    WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time for Defendant to respond to Plaintiff's Amended Complaint an additional three weeks, up to and including, January 29, 2007.

---

    [1]    Plaintiff subsequently withdrew her Motion to Strike, and requested that the Court treat her arguments within the Motion as an Opposition to Defendant's dispositive motion. Motion to Withdraw Motion to Strike, Dkt. No. 12.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN,** | ) |
| Secretary | ) |
| **U.S. Department of Energy** | ) |
| | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Consent Motion For Enlargement of Time, and the fact that Plaintiff consents to the Motion, it is this _____ day of January, 2007, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendant shall respond to Plaintiff's Amended Complaint by January 29, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE