UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**JOHN BERRY P.L.L.C.**
1990 M Street, N.W. Suite 610
Washington, DC 20036

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Samuel Bodman
1000 Independence
Washington, D.C. 20585

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   *[signature: Mary Trammell]*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): MARY Trammell
C. Date of Delivery: 11/1/06

D. Is delivery address different from item 1?  ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 2681 8754

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540