## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to the case of **Tolbert-Smith v. Bodman 1:06-cv-1216**, a matter before the U.S. District Court for the District of Columbia.

My name is _____Jenna Carter_____

My address is _3103 Good Hope Ave, Apt #312, Temple Hills, MD 20748____

I sent the summons for the complaint in this matter to the following persons via certified mail, return receipt requested, on [date]:
Samuel Bodman, 1000 Independence Ave, S.W., Washington, D.C. 20585 on August 4, 2006.

I declare under penalty of perjury that the foregoing is true and correct on this date of September 29, 2006.

Printed Name                                Signature
*Jenna Carter*                              *Jenee*

**NOTARY**

District of Columbia: SS
Subscribed and Sworn to before me,
in my presence, this ___29___ day
of ___SEPTEMBER___, 2006

_____
Notary Public, D.C.
My commission expires _____

Jonathan D. Fazio
Notary Public District of Columbia
My Commission Expires 03/14/09