UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN,** | ) |
|   Secretary | ) |
| **U.S. Department of Energy** | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for Partial Judgment on the Pleadings or, in the Alternative, for Summary Judgment, the Opposition thereto, and the entire record in this case; and the Court having found that Plaintiff has failed to timely exhaust her administrative remedies, has failed to timely file her civil action in this matter, and has failed to demonstrate that the defendant willfully and intentionally violated her rights under the Privacy Act, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendant's Motion for Partial Judgment on the Pleadings or, in the Alternative, for Summary Judgment is hereby GRANTED, and it is further

ORDERED, that Judgment be entered in favor of the Defendant on Counts One, Two and Four of the Amended Complaint.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE