UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Marilyn Tolbert-Smith,** )<br>12529 Covenant Way )<br>Hagerstown, MD 21742 )<br> )<br>    **Plaintiff,** )<br> )<br>  **v.** )<br> )<br>**Samuel Bodman,** )<br>**Secretary** )<br>**U.S. Department of Energy** )<br>1000 Independence Avenue, S.W. )<br>Washington, D.C., 20585 )<br> )<br>    **Defendant.** )<br>_____) | Civil Action No. 06cv1216<br>Judge Richard W. Roberts |

## ORDER

In consideration of Defendant's "Motion for Partial Judgment on the Pleadings, Or In the Alternative, for Summary Judgment," the Court hereby

ORDERS that the Motion is denied with prejudice.

               _____
               The Honorable Richard W. Roberts
               United States District Judge

Date: _____