JOHN BERRY, P.L.L.C.
ATTORNEYS AT LAW
1990 M STREET, N.W., SUITE 610
WASHINGTON, D.C. 20036

Director
U.S. Department of Energy - Office of Civil Rights & Diversity
Forrestal Building, Room 5B-168
1000 Independence Ave. SW
Washington, DC 20585





EXHIBIT 4