UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith, ) <br> 12529 Covenant Way ) <br> Hagerstown, MD 21742 ) <br> ) <br>       **Plaintiff,** ) <br> ) <br>   v. ) <br> Samuel Bodman, ) <br> ) <br> Secretary ) <br> U.S. Department of Energy ) <br> 1000 Independence Avenue, S.W. ) <br> Washington, D.C., 20585 ) <br> ) <br>       **Defendant.** ) <br> ) | Civil Action No. 06cv1216 <br> (RWR/JMF) |

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND RESET OF AFFECTED DEADLINES**

Plaintiff Marilyn Tolbert-Smith and Defendant Department of Energy hereby jointly move the Court for an extension of the stay of discovery through and including June 15, 2007, and a re-setting of other deadlines accordingly. Specifically, the parties ask that the post-discovery status conference be re-scheduled for September 21, 2007; and the deadline for dispositive motions be re-set for October 24, 2007. Good cause exists to grant this motion; specifically, the parties are exploring possible settlement with the assistance of the Court-appointed mediator.

1. Pursuant to the Court's Scheduling Order, issued March 16, 2007, the stay of discovery currently is scheduled to run out on May 15, 2007. However, the parties are currently engaged in ongoing mediation. Accordingly, the parties request additional time, to June 15, 2007, to complete the mediation process.

2.  For the same reason, the parties request that the post-discovery status conference, currently scheduled for September 7, 2007, at 9:15 am, be re-scheduled for September 21, 2007, at 9:15 a.m., or other time convenient to the Court and the parties. The parties further request that the date for submission of dispositive motions, currently October 9, 2007, be moved to October 24, 2007.

Wherefore, the parties request that the Court grant the Joint Motion for Extension of the Stay of Discovery and Reset of Affected Deadlines. A proposed Order is attached with this Motion.

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Darrell C. Valdez, D.C. Bar #420232 | Cheryl Polydor, Esq., D.C. Bar # 460531 |
| Assistant U.S. Attorney | John Berry, PLLC |
| 555 4th Street, Civil Division | 1990 M Street, N.W., Suite 610 |
| Washington, D.C. 20530 | Washington, D.C. 20036 |
| (202) 307-2843 | Tel: (202) 955-1100 |
| *Attorney for Defendant* | Fax: (202) 955-1101 |
| | *Attorney for Plaintiff* |

Dated: May 16, 2007