UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Marilyn Tolbert-Smith,** )<br>**12529 Covenant Way** )<br>**Hagerstown, MD 21742** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Samuel Bodman,** )<br>**Secretary** )<br>**U.S. Department of Energy** )<br>**1000 Independence Avenue, S.W.** )<br>**Washington, D.C., 20585** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06cv1216<br>(RWR/JMF) |

### ORDER

Upon consideration of the parties' Joint Motion for Extension of Discovery and Reset of Affected Deadlines, it is hereby

ORDERED that the Motion is granted, and discovery is stayed in this case until June 15, 2007. In addition, the post-discovery status conference is now scheduled for September 21, 2007, at 9:15 am, or other time convenient for the Court and the parties; and the deadline for submission of dispositive motions is now October 24, 2007. All other time frames remain the same as stated in the Scheduling Order entered on March 16, 2007.

_____
The Honorable John M. Facciola
Magistrate Judge

Date: _____