UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

## CONSENT MOTION FOR STAY OF DISCOVERY
## AND RESET OF AFFECTED DEADLINES

Complainant Marilyn Tolbert-Smith, by counsel, respectfully requests that the Court stay discovery through and including October 9, 2007, and re-set other deadlines accordingly. Good cause exists to grant this motion; specifically, Complainant wishes to take this opportunity to further explore possible settlement of this matter, and related matters currently pending, with Defendant. Moreover, Defendant consents to the relief sought in this Motion.

1. By Minute Order issued May 21, 2007, the Court granted the parties' Joint Motion for Discovery Extension and Reset of Affected Deadlines. The Court stayed discovery and extended the period for mediation to June 15, 2007, and re-scheduled the post-discovery status conference for October 19, 2007, at 9:45 am. The Court further ordered that dispositive motions were due on November 9, 2007.

2. At this time, Complainant wishes to further explore settlement with Defendant. Accordingly, Complainant respectfully requests that the Court stay discovery for two months, until October 9, 2007.

3. For the same reason, Complainant requests that the post-discovery status conference be re-scheduled for December 19, 2007, at 9:45 am, or other time convenient to the Court and the parties. Complainant also request that the deadline for dispositive motions be moved to January 9, 2007.

4. The undersigned attorney for Complainant contacted Assistant United States Attorney Darrell C. Valdez, Esq., attorney for Defendant, by telephone, and he consented to this motion.

Wherefore, Complainant requests that the Court grant her Consent Motion for Extension of the Stay of Discovery and Reset of Affected Deadlines. A proposed Order is attached with this Motion.

Respectfully Submitted,

/s/
_____
Cheryl Polydor, Esq.
John Berry, PLLC
1990 M Street, N.W., Suite 610
Washington, D.C. 20036
Tel: (202) 955-1100
Fax: (202) 955-1101
*Attorney for Complainant*

Dated: August 9, 2007