UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>      v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

## [PROPOSED] ORDER

Upon consideration of Complainant's Consent Motion for Stay of Discovery and Reset of Affected Deadlines, it is hereby

**ORDERED** that Complainant's motion is **GRANTED**.

**ORDERED** that discovery is stayed until October 9, 2007, and that the post-discovery status conference is scheduled for December 19, 2007, at _____.

**ORDERED** that dispositive motions are due on January 9, 2007.

**SO ORDERED** this _____ day of _____, 2007.

_____
The Honorable Richard W. Roberts
United States District Court Judge