UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
|       **Plaintiff,** | ) |
|   v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN, Secretary,** | ) |
| **U.S. Department of Energy** | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

### MOTION TO ENLARGE THE TIME TO COMPLETE DISCOVERY

Defendant, by and through the undersigned counsel, moves this Court for an Order enlarging the time to complete discovery, up to and including February 1, 2008. Defendant seeks this Order for the following reasons:

1. Discovery is currently scheduled to close on December 18, 2007, and a Status Hearing is currently set for December 19, 2007 at 9:15 am.

2. The parties are currently engaged in discovery. However, due to recent scheduling conflicts, and the fact that counsel for the Defendant was in a jury trial before the Honorable Magistrate Judge Deborah Robinson in the matter of Czekalski v. Peters, 04cv1403 (DAR) that lasted just over two weeks the parties will not be able to complete the anticipated depositions and Independent Medical Examination by the current close of discovery. In addition, counsel for the Defendants has been involved in several other matters that have occupied his time and attention, including appellate memoranda in Summers v. U.S. Dept. of Justice, 07-5315, and Jinks-Umstead v. Winters, 06-5089 and 06-5186; an emergency appeal in the Wuterich v. Murtha, 07-5379; as well as discovery matters in Shea v. Rice, 02cv577 (JR), Rochon v. Gonzales, 03-958(RCL), and in the consolidated matters of Ascom v. USPS, 00cv1401,

Neopost, Inc. V. USPS, 00cv2089, and Francotyp Postalia v. USPS, 01cv804 (PLF). Due to the intervening holidays, Defendant believes that an additional 45 days, to February 1, 2008, will be sufficient time to complete discovery.

    3.    Defendant's request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings, and granting this motion will not prejudice the Court since no trial or pretrial date has been scheduled.

    4.    Pursuant to Local Civil Rule 7(m), counsel for the Defendant contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff stated that Plaintiff opposes the requested enlargement. Nevertheless, Plaintiff has further failed to provide Defendant with any dates within the discovery period in which she is available for a deposition or for an Independent Medical Examination as noticed by Defendant.

Defendant therefore requests that this Court enter an Order enlarging the time to complete discovery up to and including February 1, 2008, and a continuance of the Status Hearing.

        Respectfully submitted,

        /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/ Darrell C. Valdez
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C. 20530
        (202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN, Secretary,** | ) |
| **U.S. Department of Energy** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion to Enlarge the time to complete discovery, and any opposition thereto, it is this _____ day of _____, 2007, hereby

ORDERED that the motion is granted; and it is further

ORDERED that the discovery period shall close on February 1, 2008.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE