UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>   Plaintiff,<br><br> v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>   Defendant. | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Enlargement of Time to Complete Discovery, it is hereby

**ORDERED** that Defendant's Motion is **DENIED.**

SO ORDERED this _____ day of _____, 2007.

                     **The Honorable Richard W. Roberts**
                     **United States District Court Judge**