# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH**        )<br>                                                             )<br>           **Plaintiff,**                       )<br>    v.                                                    )   Civil Action No. 06cv1216 (RWR)<br>                                                             )<br>**SAMUEL BODMAN, Secretary,**     )<br>**U.S. Department of Energy**              )<br>                                                             )<br>           **Defendant.**                    )<br>_____)| |

## (SECOND) NOTICE OF MEDICAL AND MENTAL EXAMINATION

Pursuant to Fed. R. Civ. P. 26(a)(5) and 35, Defendant respectfully notices Plaintiff Marilyn Tolbert-Smith to submit to a medical and mental examination by a licensed psychiatrist to be designated by Defendant on January 29, 2008.  The examination will occur at the offices of Christiane Tellefsen, M.D., 237 Village Square, Village of Cross Keys, Baltimore, Maryland 21210-1694, at 10:00 a.m.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843