UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN,** | ) |
| Secretary | ) |
| **U.S. Department of Energy** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion for a Mental Examination, any Opposition thereto, and the entire record in this case; it is this _____ day of _____, _____, hereby

ORDERED, that the Motion is hereby GRANTED, and it is further

ORDERED, that Plaintiff Marilyn Tolbert-Smith submit to a mental examination by a licensed psychiatrist as set forth in the Defendant's Notice of Examination.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE