UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith, )<br>12529 Covenant Way )<br>Hagerstown, MD 21742 )<br>          )<br>     Plaintiff, )<br>          )<br>  v.      ) <br>          )<br>Samuel Bodman, )<br>Secretary )<br>U.S. Department of Energy )<br>1000 Independence Avenue, S.W. )<br>Washington, D.C., 20585 )<br>          )<br>     Defendant. )<br>          ) | Civil Action No. 06cv1216 (RWR)<br>Judge Richard W. Roberts |

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Protective Order Concerning Mental Examination, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED in its entirety.**

**SO ORDERED** this _____ day of _____, 2008.

_____
The Honorable Richard W. Roberts
United States District Court Judge