# CURRICULUM VITAE

January 2006

**Christiane Tellefsen, M.D.**

Private Practice
237 Village Square
Village of Cross Keys
Baltimore, Maryland 21210-1694
Telephone: 410-323-8767
Fax: 410-560-7247
e-mail: Ctellefsen@aol.com

## EDUCATION

| | |
|---|---|
| 1979 | S.B. Massachusetts Institute of Technology<br>Cambridge, Massachusetts<br>Major: Biology<br>Minor: Political Science |
| 1983 | M.D. University of Illinois College of Medicine<br>Chicago, Illinois<br>Peoria, Illinois |

### HONORS

| | |
|---|---|
| 1980-1983 | James Scholar, University of Illinois College of Medicine<br>Thesis Title: "Predicting Success in Gastric Bypass Surgery for Morbid Obesity" |
| 1980 | Research Fellowship: University of Illinois College of Medicine Department of Psychiatry |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 2

## RESIDENCY

1983-1987         Internship and Residency in Psychiatry
                  University of Maryland School of Medicine

## FELLOWSHIP

1987-1988         Fellowship in Forensic Psychiatry
                  University of Maryland School of Medicine

## LICENSURE        Maryland D31358

## BOARD CERTIFICATION

Certified in Psychiatry by the American Board of Psychiatry and Neurology. Certificate # 31276

Certified in Forensic Psychiatry by the American Board of Forensic Psychiatry. Certificate #253.

Certified in Added Qualifications in Forensic Psychiatry by the American Board of Psychiatry and Neurology. Certificate #242. (Recertified in 2004.)

## MAJOR ACADEMIC INTERESTS

Mental Defenses to Professional Misconduct
Psychiatric Issues in the Workplace
Insanity Defense

## FACULTY APPOINTMENTS

1991-Present      Clinical Assistant Professor
1988-1990         Clinical Instructor
                  University of Maryland School of Medicine

1993-Present      Clinical Assistant Professor
                  Johns Hopkins University, School of Medicine

1997-Present      Clinical Assistant Professor
                  Uniformed Services University of the Healthcare Sciences, School of Medicine, Dept. Of Psychiatry

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 3

## MAJOR ACADEMIC TASKS

| | |
|---|---|
| 1994-2004 | Director, Forensic Psychiatry Division<br>University of Maryland<br>School of Medicine |
| 1989-Present | Forensic Fellowship Management Committee |
| 1989-2004 | Residency Coordinating Committee<br>Residency Training Advisory Committee<br>PGY-IV Curriculum Committee<br>University of Maryland School of Medicine |
| 1992-2004 | Director, Clifton T. Perkins Hospital Center's Rotation, Fellowship in Military Forensic Psychiatry<br>Walter Reed Army Medical Center |
| 1988-1994 | Training Director, Forensic Psychiatry Fellowship<br>University of Maryland School of Medicine |

## PROFESSIONAL MEMBERSHIP

American Academy of Psychiatry and the Law (AAPL)
American Psychiatric Association (APA)
Maryland Psychiatric Society (MPS)
American Medical Association (AMA)
American Association of Directors of Psychiatric Residency Training (AADPRT)

## BOARD MEMBERSHIPS

Manfred S. Guttmacher Forensic Educational Fund, Inc.

## MAJOR CONSULTANT AND MEMBERSHIP ACTIVITIES

| | |
|---|---|
| 1996-Present | Private Practice Committee |
| 1994-1997 | Education Committee<br>Victimology Committee |
| 1991-1995 | Awards Committee<br>Task Force on Substance Abuse<br>Task Force on Minority Membership<br>*American Academy of Psychiatry and the Law* |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 4

| | | |
|---|---|---|
| 2000-2004 | Vice President | |
| 1998-2000 | Secretary | |
| 1988-2004 | Member | |
| | *Association of Directors of Forensic Psychiatry Fellowships* | |
| 1995-1997 | Secretary | |
| 1993-1995 | Councilor from Maryland | |
| 1988-1989 | Program Chairperson | |
| | *Chesapeake Bay Chapter of American Academy of Psychiatry and the Law* | |

## TEACHING ACTIVITIES

*University of Maryland School of Law*

| | |
|---|---|
| 2002-Present | Guest Lecturer in Trial Practice |
| 1993 | Guest Lecturer in Mental Health Law Seminar |

*University of Baltimore School of Law*

| | |
|---|---|
| 1997-Present | Guest Lecturer in Trial Practice |
| | Guest Lecturer in Mental Health Law |

*University of Maryland School of Medicine*

| | |
|---|---|
| 2000-Present | Coursemaster PGY-III Disability Evaluation |
| 1991-2004 | Coursemaster PGY-III Forensic Psychiatry: 10 week course for 3rd year residents on basic forensic topics |
| 1988-2004 | Coursemaster PGY-V Forensic Seminar: Year long weekly course covering all topics relevant to Forensic Psychiatry |
| 1988-1994 | Coursemaster PGY-IV Advanced Forensic Psychiatry: 10 week course for senior residents on selected forensic topics |
| 1997-1998 | Coursemaster PGY-IV Careers in Psychiatry |
| 1988-Present | Guest Lecturer PGY-I Emergency Psychiatry |
| | Guest Lecturer PGY-II Seminar on Personality Disorders |

*Mercy Medical Center, Baltimore MD*

| | |
|---|---|
| 1988-Present | Lecturer in Psychiatry |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 5

## AWARDS

| | |
|---|---|
| 2003 | Distinguished Fellow of the American Psychiatric Association |
| 1996 | Fellow of the American Psychiatric Association |
| 1993 | Commander's Award for Teaching<br>Walter Reed Army Medical Center |

## ACADEMIC ACTIVITIES

| | |
|---|---|
| 2005 Grand Rounds | Clifton T. Perkins Hospital Center<br>"Forensic Files: Forensic Countertransference"<br>Jessup, MD 9/15/05 |
| 2005 Keynote Speaker | Baltimore Mental Health Systems and Medical Service of the Circuit Court Forensic Conference: "The Clinical Interview and Interventions for a Forensic Patient"<br>Baltimore MD 4/8/05 |
| 2004 Keynote Speaker | Baltimore County Department of Health, Bureau of Mental Health: 4th Annual Grand Rounds: Dangerous Liaisons? Examining the Relationship Between Mental Illness, Substance Abuse, And Criminal Behavior. Towson, MD 6/11/04 |
| 2002 AAPL Meeting | Course: "Establishing a Forensic Practice: Part 2: Ethics of Forensic Practice<br>Newport Beach, CA 10/25/02 |
| 2001 Guest Speaker | Certificate Luncheon: Commencement Speaker Topic: "Trauma, Transition and Falling Asleep at the Wheel"<br>University of Maryland, Dept. of Psychiatry Baltimore, MD 06/14/01 |
| 2001 Guest Speaker | Corrections Conference:"Evaluation of Malingering", State of Maryland, Division Of Corrections<br>Baltimore, MD 02/16/01 |
| 2000 AAPL Meeting | Course: "Establishing a Forensic Practice: Ethics of Forensic Practice"<br>Vancouver, British Columbia 10/20/00 |
| 2000 Guest Speaker | Certificate Luncheon: Commencement Speaker University of Maryland Department of Psychiatry<br>Baltimore, MD 06/15/00 |
| 1999 AAPL Meeting | Topic: "Mental Health Defenses to Disbarment"<br>Workshop - Baltimore, MD 10/15/99 |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 6

ACADEMIC ACTIVITIES CONTINUED

| | |
|---|---|
| 1998 AAPL Annual Meeting | Course: "How to Develop a Forensic Psychiatry Practice: Ethics of Forensic Practice" New Orleans, LA 10/25/98 |
| 1998 APA Annual Meeting | Topic: "How to Develop a Forensic Psychiatry Practice: Ethics of Forensic Psychiatry" Toronto, Canada 06/02/98 |
| 1998 Guest Speaker | University of Maryland Cultural Diversity Awareness Symposium Topics: "Women and Violence" and "Sexual Harassment", 01/24/98 |
| 1998 AADRPT Annual Meeting | Topic: "Forensic Psychiatry Fellowship: Program Design and Implementation" Orlando, FL 01/16/98 |
| 1997 Guest Speaker | Maryland Mental Hygiene Administration "Symposium on Mental Disability and the Law: Assessing and Managing Risk of Violence" Columbia, MD 4/18/97 |
| 1995 AAPL Annual Meeting | Topic: "Practical Aspects of Running a Forensic Fellowship" Seattle, Washington 10/21/95 |
| 1995 Guest Speaker | Maryland State Bar Association Annual Meeting Topic: "The Role of The Forensic Psychiatrist in Civil Litigation" Ocean City, Maryland, 6/8/95 |
| 1995 Guest Speaker | Maryland State's Attorney's Association Winter Meeting Topic: "The Forensic Psychiatrist and Criminal Law" Seven Springs, Pennsylvania, 2/21/95 |
| 1993 - Present Professional Courses) | Forensic Case Conference Criminal Forensic Psychiatry Civil Forensic Psychiatry DSM-IV Update Seminar on Report Writing Clifton T. Perkins Hospital Center |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 7

ACADEMIC ACTIVITIES CONTINUED

| | | |
|---|---|---|
| 1993 | Grand Rounds | University of Maryland Medical Center Department of Psychiatry Topic: "Competency, Informed Consent and Voluntary Psychiatric Hospitalization" Baltimore, Maryland 9/18/93 |
| 1993 | Grand Rounds | Thomas B. Finan Center Topic: "Evaluation of Criminal Responsibility" Cumberland, Maryland 1/22/93 |
| 1992 | AAPL Annual Meeting | Presented Paper: "Smoking Cessation in Maximum Security Hospitals" Boston, MA 10/92 |
| 1992 | Guest Speaker | Walter Reed Army Medical Center Residency Training Retreat Topic: "Transitions Within a Department of Psychiatry" Berkeley Springs, WV 5/29/92 |
| 1992 | Panel Speaker | Maryland Department of Health and Mental Hygiene: Symposium on Mental Health and Dangerousness Topic: "In-patient Dangerousness" Crownsville, MD 4/21/92 |
| 1992 | Grand Rounds | Baltimore Veterans Administration Medical Center Topic: "Criminal Responsibility: History and Practical Issues" Baltimore, MD 4/14/92 |
| 1992 | Grand Rounds | Walter Reed Army Medical Center Topic: "Battered Women Who Kill" Washington, DC 4/9/92 |
| 1991 | AAPL Annual Meeting | Paper: "Changes in Forced Medication Law in Maryland" Paper: "Group Dynamics in Forensic Pre-trial Decision Making" Orlando, Florida |
| 1991 | National Association of State Mental Health Forensic Program Directors Annual Conference | Paper: "Effects of Regionalization on The Insanity Acquitee Population In The State of Maryland" Birmingham, Alabama |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 8

## ACADEMIC ACTIVITIES CONTINUED

| | | |
|---|---|---|
| 1991 | Grand Rounds | Spring Grove Hospital Center<br>Topic: "Battered Women Who Kill"<br>Catonsville, Maryland 1/31/91 |
| 1991 | Grand Rounds | Spring Grove Hospital Center<br>Topic: "Regionalization of Felony Insanity Acquitees"<br>Catonsville, Maryland 11/14/91 |
| 1990 | National Association of State Mental Health Forensic Program Directors Annual Conference | Paper: "5 Year Follow-Up of Insanity Acquittees Released to the Community or Regionalized"<br>Santa Fe, New Mexico |
| 1990 AAPL Annual Conference | | Paper: "Predicting Success on Conditional Release for Regionalized Versus Non-Regionalized Insanity Acquitees"<br>San Diego, California |
| 1989 AAPL Annual Meeting | | Paper: "Termination of Conditional Release" A Pilot Project"<br>Washington, D.C. |
| 1989 | National Association of State Mental Health Forensic Program Directors Annual Conference | Paper: "Termination of Conditional Release"<br>Mystic, Connecticut<br>Paper: "Survey of State Policies on Furloughs from Maximum Security Forensic Hospitals"<br>Mystic, Connecticut |
| 1987 APA Annual Meeting | | Workshop: "What's Best for the Chronically Mentally Ill"<br>Chicago, Illinois |
| 1986 APA Annual Meeting | | Workshop: "Effects of a New Chairman on Residency Training"<br>Washington, D.C. |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 9

## Publications

American Psychiatric Association Education Division. Focus: Psychiatric Self-Assessment Review, in process.

Pitt, S.E., et al. "Group Dynamics in Forensic Pretrial Decision Making". Bulletin of the American Academy of Psychiatry and the Law: 25:95-104, 1997.

Tellefsen, C., and Cohen, M. "Predicting Success on Conditional Release for Insanity Acquitees: Regionalized versus Non-Regionalized Patients". Bulletin of the American Academy of Psychiatry and the Law: 20: 87-100, 1992.

Silver, S.B., and Tellefsen, C: "Administrative Issues In The Follow-Up Treatment of Insanity Acquitees". Journal of Mental Health Administration. Volume 18, Number 3: 242-252, Fall 1991.

Rothenberg, KH, et al. "The AIDS Project: Creating a Public Health Policy - Rights and Obligations of Health Care Workers". MD Law Review 48: 93-211, 1989.

## EXPERIENCE

| | |
|---|---|
| 1998 | Acting Director, Mercy Center for Eating Disorders |
| 1985-Present | Psychiatric Consultant |
| | Staff Physician |
| | *Mercy Medical Center* |
| | Baltimore, Maryland |
| 1992-2004 | Director of Medical Education |
| | Medical Executive Committee |
| 1990-1992 | Acting Superintendent |
| 1988-1990 | Staff Psychiatrist |
| | *Clifton T. Perkins Hospital Center* |
| | Jessup, Maryland |

CURRICULUM VITAE
Christiane Tellefsen, M.D.
Page 10

Experience Continued

| | |
|---|---|
| 1988-Present | Medical Officer<br>*Circuit Court for Baltimore City*<br>Baltimore, Maryland |
| 1987-Present | Private Practice of General and Forensic Psychiatry<br>Village of Cross Keys<br>Baltimore, Maryland |
| 1984-1987 | Psychiatric Consultant<br>*Anne Arundel County Mental Health Clinics*<br>Glen Burnie, Maryland<br>Annapolis, Maryland |
| 1984 | Psychiatric Consultant<br>*Loch Raven Veterans Administration Hospital*<br>Baltimore, Maryland |