**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) **Civil Action No. 06cv1216 (RWR)** |
| | ) |
| **SAMUEL BODMAN,** | ) |
| **Secretary** | ) |
| **U.S. Department of Energy** | ) |
| _____ | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Protective Order Concerning Mental

Examinations, the Defendant's Opposition thereto, and the entire record in this case; it is this

_____ day of _____, 2008, hereby

ORDERED, that the Plaintiff's Motion for a Protective Order is hereby DENIED.


_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE