## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Tolbert-Smith,<br>12529 Covenant Way<br>Hagerstown, MD 21742<br><br>      Plaintiff,<br><br>      v.<br><br>Samuel Bodman,<br>Secretary<br>U.S. Department of Energy<br>1000 Independence Avenue, S.W.<br>Washington, D.C., 20585<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 06cv1216 (RWR)
Judge Richard W. Roberts

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Quash Defendant's Third Party Subpoenas for

Production of Documents, it is hereby

**ORDERED** that Plaintiff's Motion is **GRANTED** in its entirety.


**SO ORDERED**  this _____ day of _____, 2008.


_____
The Honorable Richard W. Roberts
United States District Court Judge