

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Heather R. Phillips
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

January 31, 2008

William Prescott , M.D.
P.O. Box 1945
Hagerstown, MD 21742-1945

    Re: <u>Marilyn Tolbert-Smith v. Samuel W. Bodman, Secretary, U.S. Department</u>
       <u>of Energy</u>, C. A. No. 06-1216 (RWR)

Dear Dr. Prescott:

    Your patient, Ms. Marilyn Tolbert-Smith, is the plaintiff in a lawsuit against, the United States Department of Energy. I represent the United States in this lawsuit. Enclosed please find a subpoena for medical records in this case related to your care of Ms. Tolbert-Smith. We are sending this letter by facsimile in advance of service of process on you. Please consider waiving formal service of the subpoena, which will avoid the time, expense, and intrusion of having a process server hand deliver the subpoena to your office.

    Enclosed is a HIPAA release form executed by Marilyn Tolbert-Smith.

    Please address the the medical records to my paralegal Cynthia Parker, U.S. Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530. Also, please feel free to contact me to discuss the enclosed subpoena or the records we are seeking in this case. My direct phone number is: 202-307-2843.

               Very truly yours,

               JEFFREY A. TAYLOR
               United States Attorney

By: _____
       DARRELL C. VALDEZ
       Assistant United States Attorney

Enclosures
cc: Cheryl Polydor, Esq

EXHIBIT

1

# UNITED STATES DISTRICT COURT

United States District Court

## SUBPOENA IN A CIVIL ACTION

MARILYN TOLBERT-SMITH

v.

SAMUEL W. BODMAN, SECRETARY,
U.S. DEPARTMENT OF ENERGY

Civil Action No. 06-1216 (RWR)
United States District Court

TO:    William Prescott , M.D.
       P.O. Box 1945
       Hagerstown, MD 21742-1945

[ ]    YOU ARE COMMANDED to appear in the United States District Court at the pace, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

[ ]    YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

[X]    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below: **Any and all medical records pertaining to treatment for mental health, emotional conditions and physical symptoms related to any psychiatric or emotional condition without limitation, regardless of the date or subject matter (including progress notes, hospital entries, psychiatric records, counseling records, lab reports, data, x-ray films, reports, bills, invoices, and all other such documents) for Margaret S. Sue .**

| PLACE | DATE AND TIME |
|---|---|
| U.S. Attorney's Office<br>Civil Division<br>555 4th Street, NW., 4th Floor<br>Washington, DC 20530 | February 8, 2008 |

[ ]    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| DARRELL C. VALDEZ<br>Assistant United States Attorney (Attorney for Defendant) | 1/31/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

DARRELL C. VALDEZ
Assistant United States Attorney
United States Attorney's Office
Civil Division -(202) 307-2843
555 4th Street, N.W.
Washington, DC 20530

## AUTHORIZATION TO RELEASE MENTAL HEALTH INFORMATION

| TO: | PATIENT: | RELEASE TO: |
|---|---|---|
| William Prescott , M.D.<br>P.O. Box 1945<br>Hagerstown, MD 21742-1945 | NAME: MARILYN TOLBERT-SMITH<br><br>BIRTH DATE:   10/29/54 | Asst. U.S. Attorney Darrell C. Valdez and Representatives of the United States Attorney's Office or Department of Justice and Christiane Tellefsen, M.D. |

**INFORMATION REQUESTED**: I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of **MARILYN TOLBERT-SMITH** including but not limited to:

1.  All records of counseling and/or psychological or psychiatric testing, hospitalization and/or treatment, including but not limited to the complete chart, progress or clinical notes, interview notes, intake notes, discharge summaries, patient histories, laboratory and psychological tests and evaluations, diagnosis, treatment records and reports, and all diagnostic studies and referrals whether in electronic data or other format; and

2.  Billing records

## PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:

Litigation pending in the United States District Court for the District of Columbia, *Tolbert-Smith v. Bodman*, Civil Action No. 06cv1216 (RWR).

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

## EXPIRATION:

This Authorization will automatically expire upon completion of the litigation in *Tolbert-Smith v. Bodman*, Civil Action No. 061cv1216 (RWR), now pending in U.S. District Court for the District of Columbia.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 1 OF 2

OTHER CONDITIONS:

_X_ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

_X_ Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _Cheryl Polyr_

_12/10/2007_
MONTH/DAY/YEAR                    _Cheryl Polydor_
                                 PRINT OR TYPE NAME

*Provide basis of Authorization: Attorney of Record for MARILYN TOLBERT-SMITH

*See attached
Designation of Representative
Form.

AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 2 OF 2

## DESIGNATION OF REPRESENTATIVE

I, Marilyn Tolbert-Smith, hereby designate the law firm of John Berry, P.L.L.C., located at 1990 M Street, N.W., Suite 610, Washington, D.C., 20036, (202) 955-1100, to represent me in my legal matters. Please provide that Firm with copies of any information that you would normally provide me to this Law Firm, upon request.

_Marilyn Tolbert-Smith_
Marilyn Tolbert-Smith

11/30/2005
Date

**U.S. Department of Justice**



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Heather R. Phillips*
*Civil Division*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 31, 2008

The Menninger Clinic
Department 61, P.O. Box 4346
Houston, TX 77210-4346

    Re: <u>Marilyn Tolbert-Smith v. Samuel W. Bodman, Secretary, U.S. Department of Energy</u>, C. A. No. 06-1216 (RWR)

Dear Sir/Madame:

    Your patient, Ms. Marilyn Tolbert-Smith, is the plaintiff in a lawsuit against the United States Department of Energy. I represent the United States in this lawsuit. Enclosed please find a subpoena for medical records in this case related to your care of Ms. Tolbert-Smith. We are sending this letter by facsimile in advance of service of process on you. Please consider waiving formal service of the subpoena, which will avoid the time, expense, and intrusion of having a process server hand deliver the subpoena to your office.

    Enclosed is a HIPAA release form executed by Marilyn Tolbert-Smith.

    Please address the the medical records to my paralegal Cynthia Parker, U.S. Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530. Also, please feel free to contact me to discuss the enclosed subpoena or the records we are seeking in this case. My direct phone number is: 202-307-2843.

                Very truly yours,

                JEFFREY A. TAYLOR
                United States Attorney

By:                        
                DARRELL C. VALDEZ
                Assistant United States Attorney

Enclosures
cc: Cheryl Polydor, Esq

*AO 88 (Rev. 11/91) Subpoena in a Civil Case*

# UNITED STATES DISTRICT COURT

United States District Court

## SUBPOENA IN A CIVIL ACTION

MARILYN TOLBERT-SMITH

        v.

SAMUEL W. BODMAN, SECRETARY,
U.S. DEPARTMENT OF ENERGY

Civil Action No. 06-1216 (RWR)
United States District Court

TO:    The Menninger Clinic
Department 61, P.O. Box 4346
Houston, TX 77210-4346

[ ]    YOU ARE COMMANDED to appear in the United States District Court at the pace, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

[ ]    YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[X]    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below: Any and all medical records pertaining to treatment for mental health, emotional conditions and physical symptoms related to any psychiatric or emotional condition without limitation, regardless of the date or subject matter (including progress notes, hospital entries, psychiatric records, counseling records, lab reports, data, x-ray films, reports, bills, invoices, and all other such documents) for Margaret S. Sue .

| PLACE | DATE AND TIME |
|---|---|
| U.S. Attorney's Office<br>Civil Division<br>555 4th Street, NW., 4th Floor<br>Washington, DC 20530 | February 8, 2008 |

[ ]    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| DARRELL C. VALDEZ<br>Assistant United States Attorney (Attorney for Defendant) | 1/31/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DARRELL C. VALDEZ
Assistant United States Attorney
United States Attorney's Office
Civil Division -(202) 307-2843
555 4th Street, N.W.
Washington, DC 20530

*SEE RULE 45, FEDERAL RULES OF CIVIL PROCEDURE PARTS C & D ON REVERSE)*

JEC. 13. 2007 12:54PM

FROM BETA

(MON)12. 3'07 16:01/ST. 16:01/NO. 4861391611 P 6

## AUTHORIZATION TO RELEASE MENTAL HEALTH INFORMATION

TO:

The Menninger Clinic
Department 61, P.O. Box 4346
Houston, TX 77210-4346

PATIENT:

NAME: MARILYN TOLBERT-SMITH

BIRTH DATE:    10/29/54

RELEASE TO:

Asst. U.S. Attorney Darrell C.
Valdez and Representatives of the
United States Attorney's Office
or Department of Justice and
Christiane Tellefsen, M.D.

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of MARILYN TOLBERT-SMITH including but not limited to:

1.    All records of counseling and/or psychological or psychiatric testing, hospitalization and/or treatment, including but not limited to the complete chart, progress or clinical notes, interview notes, intake notes, discharge summaries, patient histories, laboratory and psychological tests and evaluations, diagnosis, treatment records and reports, and all diagnostic studies and referrals whether in electronic data or other format; and

2.    Billing records

## PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:

Litigation pending in the United States District Court for the District of Columbia, *Tolbert-Smith v. Bodman*, Civil Action No. 06cv1216 (RWR).

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

## EXPIRATION:

This Authorization will automatically expire upon completion of the litigation in *Tolbert-Smith v. Bodman*, Civil Action No. 06cv1216 (RWR), now pending in U.S. District Court for the District of Columbia.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 1 OF 2

FROM BETA                                (MON) 12. 3' 07 16:02/ST. 16:01/NO. 4861391611 P 7

OTHER CONDITIONS:

_X_ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

_X_ Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _*Cheryl Polyd*_

12/10/2007                               *Cheryl Polydor*
MONTH/DAY/YEAR                           PRINT OR TYPE NAME

*Provide basis of Authorization: Attorney of Record for MARILYN TOLBERT-SMITH

*† See attached
Designation of Representative
Form.*

AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 2 OF 2

DESIGNATION OF REPRESENTATIVE

I, Marilyn Tolbert-Smith hereby designate the law firm of John Berry, P.L.L.C., located at 1990 M Street, N.W., Suite 610, Washington, D.C., 20036, (202) 955-1100, to represent me in my legal matters.  Please provide that Firm with copies of any information that you would normally provide me to this Law Firm, upon request.


_Marilyn Tolbert-Smith_
Marilyn Tolbert-Smith

11/30/2005
Date



**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Heather R. Phillips*
*Civil Division*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 31, 2008

Brook Lane Health Services
P.O. Box 1945
Hagerstown, MD 21742-1945

      Re: <u>Marilyn Tolbert-Smith v. Samuel W. Bodman, Secretary, U.S. Department</u>
        <u>of Energy</u>, C. A. No. 06-1216 (RWR)

Dear Sir/Madame:

    Your patient, Ms. Marilyn Tolbert-Smith, is the plaintiff in a lawsuit against the United States Department of Energy. I represent the United States in this lawsuit. Enclosed please find a subpoena for medical records in this case related to your care of Ms. Tolbert-Smith. We are sending this letter by facsimile in advance of service of process on you. Please consider waiving formal service of the subpoena, which will avoid the time, expense, and intrusion of having a process server hand deliver the subpoena to your office.

    Enclosed is a HIPAA release form executed by Marilyn Tolbert-Smith.

    Please address the the medical records to my paralegal Cynthia Parker, U.S. Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530. Also, please feel free to contact me to discuss the enclosed subpoena or the records we are seeking in this case. My direct phone number is: 202-307-2843.

                Very truly yours,

                JEFFREY A. TAYLOR
                United States Attorney

By: _____
                DARRELL C. VALDEZ
                Assistant United States Attorney

Enclosures
cc: Cheryl Polydor, Esq

# UNITED STATES DISTRICT COURT

United States District Court

## SUBPOENA IN A CIVIL ACTION

MARILYN TOLBERT-SMITH

    v.

SAMUEL W. BODMAN, SECRETARY,
U.S. DEPARTMENT OF ENERGY

Civil Action No. 06-1216 (RWR)
United States District Court

TO:   Brook Lane Health Services
       P.O. Box 1945
       Hagerstown, MD 21742-1945

[ ]   YOU ARE COMMANDED to appear in the United States District Court at the pace, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

[ ]   YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X]   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below: **Any and all medical records pertaining to treatment for mental health, emotional conditions and physical symptoms related to any psychiatric or emotional condition without limitation, regardless of the date or subject matter (including progress notes, hospital entries, psychiatric records, counseling records, lab reports, data, x-ray films, reports, bills, invoices, and all other such documents) for Margaret S. Sue .**

| PLACE | DATE AND TIME |
|---|---|
| U.S. Attorney's Office<br>Civil Division<br>555 4th Street, NW., 4th Floor<br>Washington, DC 20530 | February 8, 2008 |

[ ]   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| DARRELL C. VALDEZ<br>Assistant United States Attorney (Attorney for Defendant) | 1/31/08 |

# AUTHORIZATION TO RELEASE MENTAL HEALTH INFORMATION

| TO: | PATIENT: | RELEASE TO: |
|---|---|---|
| Brook Lane Health Services<br>P.O. Box 1945<br>Hagerstown, MD 21742-1945 | NAME: MARILYN TOLBERT-SMITH<br><br>BIRTH DATE:    10/29/54 | Asst. U.S. Attorney Darrell C. Valdez and Representatives of the United States Attorney's Office or Department of Justice and Christiane Tellefsen, M.D. |

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of **MARILYN TOLBERT-SMITH** including but not limited to:

1.  All records of counseling and/or psychological or psychiatric testing, hospitalization and/or treatment, including but not limited to the complete chart, progress or clinical notes, interview notes, intake notes, discharge summaries, patient histories, laboratory and psychological tests and evaluations, diagnosis, treatment records and reports, and all diagnostic studies and referrals whether in electronic data or other format; and

2.  Billing records

## PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:

Litigation pending in the United States District Court for the District of Columbia, *Tolbert-Smith v. Bodman*, Civil Action No. 06-v1216 (RWR).

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

## EXPIRATION:

This Authorization will automatically expire upon completion of the litigation in *Tolbert-Smith v. Bodman*, Civil Action No. 06-cv-1216 (RWR), now pending in U.S. District Court for the District of Columbia.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 1 OF 2

OTHER CONDITIONS:

__X__ A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

__X__ Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _Cheryl Polyd_

12/10/2007                                  Cheryl Polydor
MONTH/DAY/YEAR                              PRINT OR TYPE NAME

*Provide basis of Authorization: Attorney of Record for MARILYN TOLBERT-SMITH

*See attached
Designation of Representative
Form.

AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 2 OF 2

**U.S. Department of Justice**



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

Heather R. Phillips
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

January 31, 2008

Sunita Duggal, Ph D
The Wake Kendall Group
5247 Wisconsin Avenue, NW
Suite 4
Washington, DC  20015

Re: <u>Marilyn Tolbert-Smith v. Samuel W. Bodman, Secretary, U.S. Department</u>
<u>of Energy,</u>  C. A. No. 06-1216 (RWR)

Dear Dr. Duggal:

Your patient, Ms. Marilyn Tolbert-Smith, is the plaintiff in a lawsuit against the United States Department of Energy.  I represent the United States in this lawsuit.  Enclosed please find a subpoena for medical records in this case related to your care of Ms. Tolbert-Smith.  We are sending this letter by facsimile in advance of service of process on you.  Please consider waiving formal service of the subpoena, which will avoid the time, expense, and intrusion of having a process server hand deliver the subpoena to your office.

Enclosed is a HIPAA release form executed by Marilyn Tolbert-Smith.

Please address the the medical records to my paralegal Cynthia Parker, U.S. Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530.   Also, please feel free to contact me to discuss the enclosed subpoena or the records we are seeking in this case. My direct phone number is: 202-307-2843.

Very truly yours,

JEFFREY A. TAYLOR
United States Attorney

By: DARRELL C. VALDEZ
Assistant United States Attorney

Enclosures
cc: Cheryl Polydor, Esq

# UNITED STATES DISTRICT COURT

United States District Court

## SUBPOENA IN A CIVIL ACTION

MARILYN TOLBERT-SMITH

v.

SAMUEL W. BODMAN, SECRETARY,
U.S. DEPARTMENT OF ENERGY

Civil Action No. 06-1216 (RWR)
United States District Court

TO:  Sunita Duggal, Ph D
The Wake Kendall Group
5247 Wisconsin Avenue, NW
Suite 4
Washington, DC  20015

[ ]     YOU ARE COMMANDED to appear in the United States District Court at the pace, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

[ ]     YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[X]     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below: Any and all medical records pertaining to treatment for mental health, emotional conditions and physical symptoms related to any psychiatric or emotional condition without limitation, regardless of the date or subject matter (including progress notes, hospital entries, psychiatric records, counseling records, lab reports, data, x-ray films, reports, bills, invoices, and all other such documents) for Margaret S. Sue .

| PLACE | DATE AND TIME |
|---|---|
| U.S. Attorney's Office<br>Civil Division<br>555 4th Street, NW., 4th Floor<br>Washington, DC 20530 | February 8, 2008 |

[ ]     YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEPENDANT)<br>DARRELL C. VALDEZ<br>Assistant United States Attorney (Attorney for Defendant) | DATE<br>1/31/88 |
|---|---|

(SEE RULE 45, FEDERAL RULES OF CIVIL PROCEDURE PARTS C & D ON REVERSE)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

DARRELL C. VALDEZ
Assistant United States Attorney
United States Attorney's Office
Civil Division -(202) 307-2843
555 4th Street, N.W.
Washington, DC 20530

## AUTHORIZATION TO RELEASE MENTAL HEALTH INFORMATION

| TO: | PATIENT: | RELEASE TO: |
|---|---|---|
| Sunita Duggal, Ph D<br>The Wake Kendall Group<br>5247 Wisconsin Avenue, NW<br>Suite 4<br>Washington, DC 20015 | NAME: MARILYN TOLBERT-SMITH<br><br>BIRTH DATE: 10/29/54 | Asst. U.S. Attorney Darrell C.<br>Valdez and Representatives of the<br>United States Attorney's Office<br>or Department of Justice and<br>Christiane Tellefsen, M.D. |

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of <u>MARILYN TOLBERT-SMITH</u> including but not limited to:

1.    All records of counseling and/or psychological or psychiatric testing, hospitalization and/or treatment, including but not limited to the complete chart, progress or clinical notes, interview notes, intake notes, discharge summaries, patient histories, laboratory and psychological tests and evaluations, diagnosis, treatment records and reports, and all diagnostic studies and referrals whether in electronic data or other format; and

2.    Billing records

**PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:**

Litigation pending in the United States District Court for the District of Columbia, *Tolbert-Smith v. Bodman*, Civil Action No. 06cv1216 (RWR).

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

**EXPIRATION:**

This Authorization will automatically expire upon completion of the litigation in *Tolbert-Smith v. Bodman*, Civil Action No. 061cv1216 (RWR), now pending in U.S. District Court for the District of Columbia.

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 1 OF 2

FROM BETA                        (MON)12. 3'07 16:02/ST. 16:01/NO. 4861391611 P  7

OTHER CONDITIONS:

  X   A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

  X   Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

_____

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:*  _Cheryl Polyt_

12/10/2007                        Cheryl Polydor
MONTH/DAY/YEAR                    PRINT OR TYPE NAME

*Provide basis of Authorization: Attorney of Record for MARILYN TOLBERT-SMITH

⊁ See attached
Designation of Representative
Form.

_____

AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 2 OF 2

## DESIGNATION OF REPRESENTATIVE

I, Marilyn Tolbert-Smith hereby designate the law firm of John Berry, P.L.L.C., located at 1990 M Street, N.W., Suite 610, Washington, D.C., 20036, (202) 955-1100, to represent me in my legal matters. Please provide that Firm with copies of any information that you would normally provide me to this Law Firm, upon request.

_Marilyn Tolbert-Smith_
Marilyn Tolbert-Smith

11/30/2005
Date

**U.S. Department of Justice**



Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

Heather R. Phillips
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530

January 31, 2008

GT/DBT-Fall, Weintraub & Mcintosh 2005
The Wake Kendall Group
5247 Wisconsin Avenue, NW
Suite 4
Washington, DC  20015

     Re: <u>Marilyn Tolbert-Smith v. Samuel W. Bodman, Secretary, U.S. Department</u>
     <u>of Energy</u>, C. A. No. 06-1216 (RWR)

Dear Sir/Madame:

    Your patient, Ms. Marilyn Tolbert-Smith, is the plaintiff in a lawsuit against, the United States Department of Energy.  I represent the United States in this lawsuit.  Enclosed please find a subpoena for medical records in this case related to your care of Ms. Tolbert-Smith.  We are sending this letter by facsimile in advance of service of process on you.  Please consider waiving formal service of the subpoena, which will avoid the time, expense, and intrusion of having a process server hand deliver the subpoena to your office.

    Enclosed is a HIPAA release form executed by Marilyn Tolbert-Smith.

    Please address the the medical records to my paralegal Cynthia Parker, U.S. Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530.   Also, please feel free to contact me to discuss the enclosed subpoena or the records we are seeking in this case. My direct phone number is: 202-307-2843.

               Very truly yours,

               JEFFREY A. TAYLOR
               United States Attorney

By:                    
               DARRELL C. VALDEZ
               Assistant United States Attorney

Enclosures
cc: Cheryl Polydor, Esq

# UNITED STATES DISTRICT COURT

United States District Court

## SUBPOENA IN A CIVIL ACTION

MARILYN TOLBERT-SMITH

     v.

SAMUEL W. BODMAN, SECRETARY,
U.S. DEPARTMENT OF ENERGY

Civil Action No. 06-1216 (RWR)
United States District Court

TO:    GT/DBT-Fall, Weintraub & Mcintosh 2005
       The Wake Kendall Group
       5247 Wisconsin Avenue, NW
       Suite 4
       Washington, DC   20015

[ ]    YOU ARE COMMANDED to appear in the United States District Court at the pace, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

[ ]    YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

[X]    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time below: **Any and all medical records pertaining to treatment for mental health, emotional conditions and physical symptoms related to any psychiatric or emotional condition without limitation, regardless of the date or subject matter (including progress notes, hospital entries, psychiatric records, counseling records, lab reports, data, x-ray films, reports, bills, invoices, and all other such documents) for Margaret S. Sue .**

| PLACE | DATE AND TIME |
| --- | --- |
| U.S. Attorney's Office<br>Civil Division<br>555 4th Street, NW., 4th Floor<br>Washington, DC 20530 | February 8, 2008 |

[ ]    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| DARRELL C. VALDEZ<br>Assistant United States Attorney (Attorney for Defendant) | 1/31/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DARRELL C. VALDEZ
Assistant United States Attorney
United States Attorney's Office
Civil Division -(202) 307-2843
555 4th Street, N.W.
Washington, DC 20530

# AUTHORIZATION TO RELEASE MENTAL HEALTH INFORMATION

**TO:**

GT/DBT-Fall, Weintraub & Mcintosh 2005
The Wake Kendall Group
5247 Wisconsin Avenue, NW
Suite 4
Washington, DC 20015

**PATIENT:**

NAME: MARILYN TOLBERT-SMITH

BIRTH DATE:  10/29/54

**RELEASE TO:**

Asst. U.S. Attorney Darrell C.
Valdez and Representatives of the
United States Attorney's Office
or Department of Justice and
Christiane Tellefsen, M.D.

**INFORMATION REQUESTED:** I request and authorize the above-named person or class of persons to release the information specified below to representatives of the United States Attorney's Office or the Department of Justice. Any and all records regarding treatment of **MARILYN TOLBERT-SMITH** including but not limited to:

1.  All records of counseling and/or psychological or psychiatric testing, hospitalization and/or treatment, including but not limited to the complete chart, progress or clinical notes, interview notes, intake notes, discharge summaries, patient histories, laboratory and psychological tests and evaluations, diagnosis, treatment records and reports, and all diagnostic studies and referrals whether in electronic data or other format; and

2.  Billing records

**PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED:**

Litigation pending in the United States District Court for the District of Columbia, *Tolbert-Smith v. Bodman*, Civil Action No. 06cv1216 (RWR).

**CERTIFICATION:** I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this Authorization at any time, provided that revocation is in writing, except to the extent that action has already been taken in reliance upon this Authorization. I understand that the doctor, health care provider, or health plan from whom my medical information is requested in this Authorization, may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization. I understand the potential for the information disclosed pursuant to this Authorization to be subject to redisclosure by the recipient and no longer be protected by federal privacy regulations, Standards for Privacy of Individually Identifiable Health Information, set forth at 45 CFR Parts 160 and 164.

**EXPIRATION:**

This Authorization will automatically expire upon completion of the litigation in *Tolbert-Smith v. Bodman*, Civil Action No. 061cv1216 (RWR), now pending in U.S. District Court for the District of Columbia.

# AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 1 OF 2

FROM BETA                                    (MON) 12. 3' 07 16:02/ST. 16:01/NO. 4861391611 P 7

OTHER CONDITIONS:

 X  A copy of this Authorization or my signature thereon shall be used with the same effectiveness as an original.

 X  Communications between provider and any representative of the U.S. Attorney's Office/Department of Justice are authorized.

SIGNATURE OF PATIENT: _____

OR PERSON AUTHORIZED TO SIGN FOR PATIENT:* _____

12/10/2007                              Cheryl Polydor
MONTH/DAY/YEAR                          PRINT OR TYPE NAME

*Provide basis of Authorization: Attorney of Record for MARILYN TOLBERT-SMITH

⋆ See attached
Designation of Representative
Form.

<u>AUTHORIZATION TO RELEASE MEDICAL INFORMATION, PAGE 2 OF 2</u>

## DESIGNATION OF REPRESENTATIVE

I, Marilyn Tolbert-Smith hereby designate the law firm of John Berry, P.L.L.C., located at 1990 M Street, N.W., Suite 610, Washington, D.C., 20036, (202) 955-1100, to represent me in my legal matters. Please provide that Firm with copies of any information that you would normally provide me to this Law Firm, upon request.

_Marilyn Tolbert-Smith_
Marilyn Tolbert-Smith

11/30/2005
Date