```
 1   discovery, I'm not sure that that excuses counsel for the
 2   government in not putting in place whatever mechanisms need to be
 3   put in place to make sure that all of the matters that might be
 4   served in all the cases that are pending on counsel's docket
 5   while counsel's in trial aren't somehow covered or there's some
 6   mechanism in place for making sure that somebody's keeping track
 7   of the incoming mail or making sure that there's some way to
 8   check up on what's there.  For all plaintiff's counsel knew, the
 9   request that had been appropriately and properly served, I take
10   it, had been simply ignored for over a month.  There still
11   remains the fact that the government has still not produced any
12   discovery timely that was requested almost two months ago, and
13   there still remains the fact that the government has delayed
14   initiating discovery for almost a three-month period after I
15   announced the current discovery deadline until two weeks before
16   the deadline kicked in.
17        The plaintiff is entitled to discovery responses and to
18   reasonable follow-up discovery with regard to those, and I will
19   allow the defense, nevertheless, to seek the discovery that has
20   been propounded to date, but I don't think it would be fair to
21   allow the defense to seek any new discovery thereafter because of
22   the record that appears before me regarding the defendant's
23   responses and nonresponses.
24        So, the plaintiff has now asked in an opposition but then
25   filed in a subsequent motion to have the defendant compelled to
```