1  provide responses to the discovery, and I will grant the
2  plaintiff's motion, which is at docket number 43, in part to
3  compel, and the defendant's motion to enlarge time, which is at
4  docket number 40, will be granted in part but denied in part.  I
5  will order the defense to respond within 14 days -- that's
6  January 2nd, 2008 -- to the plaintiff's interrogatories and
7  requests for documents that the plaintiff served in October.
8       I'll also order that the defendant produce the deponents
9  sought by the plaintiff no later than the end of the second week
10 of January.  That would be no later than January 11th or by such
11 other time that the plaintiff may designate.
12      The defendant's request to propound new discovery after
13 today is denied, but the close of discovery for the plaintiff
14 will be extended to February 1st, 2008.  That means that the
15 plaintiff may propound new discovery after today timed to have
16 all responses due not later than February 1st, 2008.  And the
17 plaintiff shall have as a deadline for responding to the
18 defendant's interrogatories and document requests 30 days after
19 the defendant responds to all of the plaintiff's interrogatories
20 and document requests that the plaintiff served in October.
21      The defendant has also filed a motion for an examination.
22 That's at docket number 42, Ms. Romero, and I grant that as
23 follows:  The defendant may conduct an independent medical
24 examination of the plaintiff, but the defendant is going to have
25 to furnish the plaintiff with a list of three alternative dates

**EXHIBIT 3**