UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH**        ) | |
| ) | |
| **Plaintiff,**        ) | |
| v.        ) | Civil Action No. 06cv1216 (RWR) |
| ) | |
| **SAMUEL BODMAN, Secretary,**        ) | |
| **U.S. Department of Energy**        ) | |
| ) | |
| **Defendant.**        ) | |
| ) | |

## STATUS REPORT TO THE COURT REGARDING DISCOVERY

Pursuant to this Court's oral Order, issued February 15, 2008, the Defendant in this matter, through his respective counsel, hereby files this (Joint) Status Report.

1.    During the Status Hearing on February 15, 2008, the parties informed the Court that the parties were cooperating with discovery, but that due to circumstances brought to the Court's attention, Plaintiff did not provide discovery to the Defendant. The Court allowed the parties to continue with the pending discovery matters. The Court ordered the parties to file a Joint Status Report to the Court, and to provide the Court with three possible dates for a Post-Discovery Status Conference.

2.    Subsequent to the Status Conference, counsel for Plaintiff Cheryl Polydor left the firm of John Berry, PLLC. As a result, Plaintiff is unable to complete her discovery obligations until new counsel is obtained.

3.    Accordingly, the parties jointly request that the Court extend the time for the parties to provide the Court with possible Post-Discovery Status Conference dates an additional 45 days, so as to allow Plaintiff time to obtain counsel and complete the outstanding discovery.

4.    Counsel for Defendant has been in contact with John Berry of John Berry, PLLC.,

with respect to this Status Report, and Mr. Berry agrees with the contents and with the joint request.

>Respectfully submitted,
>
>  /s/ Jeffrey A. Taylor
> JEFFREY A. TAYLOR, D.C. BAR # 498610
> United States Attorney
>
>  /s/ Rudolph Contreras
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
>  /s/ Darrell C. Valdez
> DARRELL C. VALDEZ, D.C. BAR # 420232
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th St., N.W., Civil Division
> Washington, D.C.  20530
> (202) 307-2843