**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Marilyn Tolbert-Smith,** ) <br> 12529 Covenant Way ) <br> Hagerstown, MD 21742 ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **Samuel Bodman,** ) <br> **Secretary** ) <br> **U.S. Department of Energy** ) <br> **1000 Independence Avenue, S.W.** ) <br> **Washington, D.C., 20585** ) <br> ) <br>     **Defendant.** ) <br> ) | Civil Action No. 06cv1216 <br> RWR/ JMF |

## PRAECIPE

    The undersigned counsel respectfully informs this Honorable Court that she is no longer employed with the Law Firm of John Berry, PLLC, which was retained by Plaintiff Marilyn Tolbert-Smith to represent her in this matter. Having represented Ms. Tolbert-Smith solely as an associate and employee of the John Berry Law Firm, I must withdraw as counsel of record for Plaintiff.

    I ended my employment with John Berry, PLLC on February 29, 2008, and was informed by John Berry, Esq., on several occasions since that time, that either he, or other counsel, would shortly be entering an appearance on Ms. Tolbert-Smith's behalf. I have learned, however, that to date, neither Mr. Berry nor any other attorney has entered an appearance on Plaintiff's behalf, although the "Status Report to the Court Regarding Discovery," filed by counsel for Defendant Samuel Bodman on March 19, 2008, stated that "Counsel for Defendant has been in contact with John Berry of John Berry, PLLC, with respect to the Status Report, and Mr. Berry agrees with the contents and with the joint request" contained therein with reference to discovery.

    Therefore, to ensure that there is no confusion regarding my status in this matter, I am filing this Praecipe, and respectfully requesting that the Court ensure that the Clerk's Office remove my name as attorney of record for the Plaintiff in this matter.

April 18, 2008                                              Respectfully submitted,
                                                                                    _/s/_____
                                                                                     Cheryl Polydor, Esq., DC Bar Id #: 454066
                                                                                     1904 Grace Church Road
                                                                                     Silver Spring, MD 20910
                                                                                     Chery_polydor@yahoo.com