UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN TOLBERT-SMITH, <br> 12529 Covenant Way <br> Hagerstown, MD 21742 <br><br> Plaintiff, <br><br> v. <br><br> SAMUEL BODMAN, <br> Secretary <br> U.S. Department of Energy <br> 1000 Independence Avenue, S.W. <br> Washington, D.C., 20585 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action 6cv1216 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) DATE: April 16, 2008 <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

Please take notice that Plaintiff, Marilyn Tolbert-Smith, is now being represented in this matter by Kevin L. Owen, Esq. Bar ID: MD16693 and Linda A. Kincaid, Esq. Bar ID: MD17260:

| Respectfully Submitted | Respectfully Submitted |
|---|---|
| /s/ Kevin L. Owen <br> **KEVIN L. OWEN, ESQ.** <br> Bar ID: MD16693 <br> The Law Office of <br> Gary M. Gilbert & Associates <br> 8401 Colesville Road <br> Silver Spring, MD 20910 <br> Tel: (301) 608-0880 <br> Fax: (301) 608-0881 <br> Attorney for Plaintiff | /s/ Linda A. Kincaid <br> **LINDA A. KINCAID, ESQ.** <br> Bar ID: MD17260 <br> The Law Office of <br> Gary M. Gilbert & Associates <br> 8401 Colesville Road <br> Silver Spring, MD 20910 <br> Tel: (301) 608-0880 <br> Fax: (301) 608-0881 <br> Attorney for Plaintiff |