UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN TOLBERT-SMITH** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06cv1216 (RWR) |
| | ) |
| **SAMUEL BODMAN, Secretary,** | ) |
| **U.S. Department of Energy** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### JOINT STATUS REPORT TO THE COURT REGARDING DISCOVERY

Pursuant to this Court's oral Order, issued February 15, 2008, the parties in this matter, through their counsels, hereby files this Joint Status Report.

1. During the Status Hearing on February 15, 2008, the parties informed the Court that the parties were cooperating with discovery, but that due to circumstances brought to the Court's attention, Plaintiff did not provide discovery to the Defendant. The Court allowed the parties to continue with the pending discovery matters. The Court ordered the parties to file a Joint Status Report to the Court, and to provide the Court with three possible dates for a Post-Discovery Status Conference.

2. Subsequent to the Status Hearing, counsel for Plaintiff Cheryl Polydor left the firm of John Berry, PLLC. As a result, Plaintiff did not complete her discovery.

3. Plaintiff has now retained Kevin Owen and the Law Office of Gary M. Gilbert & Associates to represent her in this matter. Counsel for Defendant and new counsel for Plaintiff are scheduled to meet on May 12, 2008 at 10:00 am, in order to discuss the matter and all remaining discovery. The parties will propose a discovery schedule to the Court after the meeting.

Respectfully submitted,

| | |
|---|---|
| /s/ Kevin Lee Owen/dcv | /s/ Jeffrey A. Taylor |
| KEVIN LEE OWEN | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Gary M. Gilbert & Associates | United States Attorney |
| 8401 Colesville Road, Suite 300 | |
| Silver Spring, MD 20910 | |
| (301)608-0880 | /s/ Rudolph Contreras |
| | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| Counsel for Plaintiff | Assistant United States Attorney |
| | |
| | /s/ Darrell C. Valdez |
| | DARRELL C. VALDEZ, D.C. BAR # 420232 |
| | Assistant United States Attorney |
| | Judiciary Center Building |
| | 555 4th St., N.W., Civil Division |
| | Washington, D.C. 20530 |
| | (202) 307-2843 |
| | |
| | Counsel for Defendant |