**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MARILYN TOLBERT-SMITH** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 06cv1216 (RWR)** |
| **v.** | ) | |
| | ) | |
| **SAMUEL BODMAN, Secretary,** | ) | |
| **U.S. Department of Energy** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**JOINT STATUS REPORT TO THE COURT**

Pursuant to this Court's Minute Order, issued May 22, 2008, the Parties in this matter,

through counsel, hereby file this Joint Status Report.

1.      On April 16, 2008, new counsel entered their appearance in this matter, and

counsel for the parties met on May 29, 2008, to discuss the matter and all pending discovery

issues.

2.      During the meeting, the parties agreed and informed the chambers of Magistrate

Judge Facciola that the Motion for Discovery Protective Order (Dkt. No. 45) concerning the

Independent Medical Examination, filed on December 31, 2007 is now moot.

3.      In addition, the parties discussed the following discovery matters and deadlines:

a.      Plaintiff's Deposition:  Plaintiff's counsel informed Defendant that
Plaintiff will be filing a Motion for a Protective Order regarding the presence of
Plaintiff's former supervisors at her deposition.  The parties agree that the Motion
will be filed on or before June 9, 2008.  The parties further agreed that the
deposition of the Plaintiff would take place after the Magistrate Judge assigned to
this matter has decided the Motion, and after Defendant has received Plaintiff's
supplemental discovery responses.

b.      Plaintiff's Responses to Defendant's Discovery Requests:  Plaintiff's
counsel agreed to supplement her responses to Defendant's First Discovery

Requests on or before July 9, 2008.

    c.      Plaintiff's Medical Records: Defendant will provide Plaintiff's counsel a copy of all medical records received by Defendant pursuant to third-party discovery requests.

Respectfully submitted,


_/s/_____
KEVIN OWEN, MD Bar MD 16693
Gary M. Gilbert & Associates
8401 Colesville Road, Suite 300
Silver Spring, MD 20910
(301) 608-0880


Counsel for Plaintiff

__/s/_____
JEFFREY A. TAYLOR, DC BAR #498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


__/s/_____
DARREL C. VALDEZ, DC BAR #420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

Counsel for Defendant