IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARILYN TOLBERT-SMITH,             )
                                   )
         Plaintiff,                )
                                   )
    v.                             )      Civil Action 1:06-cv-01216-FJS
                                   )
ERNEST MONIZ, Secretary            )
U.S. Department of Energy          )      June 9, 2014
                                   )
         Defendant.                )
_____)

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Parties to the above-captioned case have entered into a Settlement Agreement. Pursuant to the Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties stipulate that the above-captioned action shall be dismissed with prejudice as to all of Plaintiff's claims against Defendant.

Respectfully Submitted,

*/s/ Kevin L. Owen*
_____
KEVIN OWEN (MD Bar MD 16693)
The Law Offices of Gary M. Gilbert &
Associates, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Telephone: 301-608-0880
Facsimile: 301-608-0881
Email: kowen@ggilbertlaw.com
Counsel for Plaintiff

RONALD C. MACHEN JR.
United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division

*/s/ Darrell C. Valdez*
_____
DARRELL C. VALDEZ (DC BAR 420232)
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202)252-2507
Email: Darrell.valdez@usdoj.gov
Counsel for Defendant

**IT IS SO ORDERED**.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

**June 10, 2014 at Syracuse, New York**